IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN BURNS, on behalf of himself and all
others similarly situated                                                              PLAINTIFF

v.                                     No. 4:15-cv-157-DPM

WAL-MART STORES, INC. and Does 1–10                                  DEFENDANTS

ORDER

Motion, № 9, granted. This case is stayed pending a decision from the MDL panel.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2015